# EXHIBIT A

NOTICE: Pursuant to TRCP 126: Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO

C-3468-17-G

## 370TH DISTRICT COURT, HIDALGO COUNTY, TEXAS
## CITATION
## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY
40 WANTAGE AVENUE
BRANCHVILLE, NJ 07890

BY SERVING ITS REGISTERED AGENT:

COMMISSIONER OF INSURANCE
333 GUADALUPE STREET, TOWER ONE, FLOOR 13
AUSTIN, TEXAS 78701

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Noe Gonzalez, 370th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 1st day of August, 2017 and a copy of same accompanies this citation. The file number and style of said suit being C-3468-17-G, **SUK BIN KIM VS. MESA UNDERWRITERS INSURANCE COMPANY, REUBEN QUINTERO**

Said Petition was filed in said court by Attorney ROBERT ANDREW POLLOM, 16500 SAN PEDRO SUITE 302 SAN ANTONIO TX 78232.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of October, 2017.

LAURA HINOJOSA, DISTRICT CLERK
100 N. CLOSNER, EDINBURG, TEXAS
HIDALGO COUNTY, TEXAS

*[signature]*

**KIMBERLY HINOJOSA, DEPUTY CLERK**

C-3468-17-G
## OFFICER'S RETURN

Came to hand on _____ of _____, 201___ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:  serving ... copy(s) $_____
       miles .................$_____

_____
**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____ County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas
Date of Expiration / SCH Number**

CAUSE NO. C-3468-17-G

| | | |
|---|---|---|
| Suk Bin Kim | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| Mesa Underwriters Insurance Company, Reuben Quintero | § | |
| Defendant. | § | 370TH DISTRICT COURT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Raul M. Davila** who, being by me duly sworn, deposed and said:

"The following came to hand on **Sep 09, 2017, 03:45 pm**,

   PLAINTIFF'S ORIGINAL PETITION, REQUESTS FOR DISCLOSURES, AND FIRST SET OF REQUESTS FOR PRODUCTION,

and was executed on **10/19/2017** by mailing to **Mesa Underwriters Specialty Insurance Company by Serving its Registered Agent Commissioner of Insurance at 333 Guadalupe Street, Tower One, Floor 13, Austin, Texas 78701**, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. 7017 0530 0000 5631 8994, a true copy of this citation.

The regular mail envelope **was not** returned. PS Form 3811 was returned on 10/21/2017 having been **Signed on** 10/19/2017 and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Raul M. Davila
SCH-11624 Exp. 08/31/2018

BEFORE ME, a Notary Public, on this day personally appeared **Raul M. Davila**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON Oct. 21, 2017

GRACE DUCATE
NOTARY PUBLIC
ID# 6125034
State of Texas
Comm. Exp. 07-12-2020

Notary Public, State of Texas



Electronically Filed
10/23/2017 5:43 PM
Hidalgo County District Clerks
Reviewed By: Juan Cavazos

NOTICE: Pursuant to TRCP 126: Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO

C-3468-17-G

## 370TH DISTRICT COURT, HIDALGO COUNTY, TEXAS
## CITATION
## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY
40 WANTAGE AVENUE
BRANCHVILLE, NJ 07890

BY SERVING ITS REGISTERED AGENT:

COMMISSIONER OF INSURANCE
333 GUADALUPE STREET, TOWER ONE, FLOOR 13
AUSTIN, TEXAS 78701

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Noe Gonzalez, 370th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 1st day of August, 2017 and a copy of same accompanies this citation. The file number and style of said suit being C-3468-17-G, **SUK BIN KIM VS. MESA UNDERWRITERS INSURANCE COMPANY, REUBEN QUINTERO**

Said Petition was filed in said court by Attorney ROBERT ANDREW POLLOM, 16500 SAN PEDRO SUITE 302 SAN ANTONIO TX 78232.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 10th day of October, 2017.

LAURA HINOJOSA, DISTRICT CLERK
100 N. CLOSNER, EDINBURG, TEXAS
HIDALGO COUNTY, TEXAS

KIMBERLY HINOJOSA, DEPUTY CLERK

Electronically Filed
10/23/2017 5:43 PM
Hidalgo County District Clerks
Reviewed By: Juan Cavazos

C-3468-17-G
## OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
|  |  |  |  |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____
       miles ................$_____

_____
**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

**If Certified by the Supreme Court of Texas
Date of Expiration / SCH Number**

Electronically Filed
10/23/2017 5:43 PM
Hidalgo County District Clerks
Reviewed By: Juan Cavazos

CAUSE NO. C-3468-17-G

| | | |
|---|---|---|
| Suk Bin Kim | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| Mesa Underwriters Insurance Company, Reuben Quintero | § | |
| Defendant. | § | 370TH DISTRICT COURT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Raul M. Davila** who, being by me duly sworn, deposed and said:

"The following came to hand on **Sep 09, 2017, 03:45 pm**,

**PLAINTIFF'S ORIGINAL PETITION, REQUESTS FOR DISCLOSURES, AND FIRST SET OF REQUESTS FOR PRODUCTION**,

and was executed on **10/19/2017** by mailing to **Mesa Underwriters Specialty Insurance Company by Serving its Registered Agent Commissioner of Insurance at 333 Guadalupe Street, Tower One, Floor 13, Austin, Texas 78701**, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. 7017 0530 0000 5631 8994, a true copy of this citation.

The regular mail envelope **was not** returned. PS Form 3811 was returned on 10/21/2017 having been **Signed on** 10/19/2017 and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Raul M. Davila
SCH-11624 Exp. 08/31/2018

BEFORE ME, a Notary Public, on this day personally appeared **Raul M. Davila**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON Oct. 21, 2017

GRACE DUCATE
NOTARY PUBLIC
ID# 6125034
State of Texas
Comm. Exp. 07-12-2020

Notary Public, State of Texas

