IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUK BIN KIM, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 7:17-CV-00450 |
| MESA UNDERWRITERS | § | |
| SPECIALTY INSURANCE | § | |
| COMPANY and RUBEN QUINTERO | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Defendant Mesa Underwriters Specialty Insurance Company files this Notice of Settlement in Principle. The Plaintiff and Defendants have engaged in settlement negotiations and reached a settlement in principle. They expect to finalize the language of the release in the coming days. Shortly after the settlement is finalized, the Parties will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.

Therefore, the Parties respectfully request that the Court refrain from further activity in the case to provide the Parties time to finalize settlement and move to dismiss the case.

Respectfully submitted,

/s/ Stephen A. Melendi
Stephen A. Melendi - **attorney-in-charge**
SBN 24041468
SDN 38607
stephenm@tbmmlaw.com
Lori J. Murphy
SBN 14701744
SDN 711885
lorim@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204

Telephone: 214-665-0100
Facsimile: 214-665-0199
**ATTORNEYS FOR DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to the following counsel of record.

Robert A. Pollom
Jake S. Rogiers
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: 210-490-7402
Fax: 210-490-8372
robert@krwlawyers.com
jake@krwlawyers.com
*Attorneys for Plaintiff*

*/s/ Lori J. Murphy*
Lori J. Murphy